IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

LOUIS JAMES THIBODEAUX,                                         03:10-cv-133-KI

        Petitioner,                                                        ORDER

  v.

GARY KILMER,

        Respondent.

KING, Judge

    Petitioner's motion for voluntary dismissal (#42) is GRANTED. This proceeding is DISMISSED, with prejudice. Because petitioner has not made a substantial showing of the denial of a constitutional right, a certificate of appealability is DENIED. See 28 U.S.C. § 2253(c)(2).

    IT IS SO ORDERED.

    DATED this 2nd day of February, 2012.

                                              Garr M. King
                                              United States District Judge

1 -- ORDER